# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANDMARK REAL PROPERTY HOLDINGS TRUST, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XOCHITI SUSANA LOZANO-DONOHUE,<br><br>Defendant. | Case No. 2:19-cv-00297-APG-CWH<br><br>**ORDER** |

Presently before the court is plaintiff's payment of the $400.00 filing fee on May 7, 2019. (Receipt of Payment (ECF No. 4).) Given that plaintiff paid the filing fee, this case will not be screened under 28 U.S.C. § 1915 and will proceed on the normal litigation track as governed by the Federal Rules of Civil Procedure.

DATED: July 29, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE