CHARLES R. BROWN, pro se

Petitioner

2201 Tosca Street, Unit 12-102

Las Vegas, Nevada 89128

702.449.5457

Bcharles350@yahoo.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Landmark Real Property Holdings Trust, LLC et al, PETITIONER<br><br>v.<br><br>Xochiti Susana Lozano-Donohue, RESPONDENT | Case No. #: 2:19-cv-00297-APG-DJA<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE RESPONDENT'S MOTION TO DISMISS PETITION |

Petitioner, LANDMARK REAL PROPERTY HOLDINGS TRUST, LLC et al ("Landmark"), and Respondent, Xochiti Susana Lozano-Donohue, by and through the undersigned, hereby jointly stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Landmark's time to respond to the Motion to Dismiss on file herein is extended through to no later than September 1st, 2019, to explore the possibility of settlement.

IT IS SO STIPULATED AND AGREED.

DATED this 20th day of August, 2019

Date:_____, 2019

*Charles R. Brown*

Charles R. Brown, pro se

Petitioner

Las Vegas, Nevada 89128

702.449.5457

Bcharles350@yahoo.com

Date: 8/20, 2019

*Melvin R Grimes*

Melvin R Grimes, Jr.
The Grimes Law Office
8540 South Eastern Ave.
Suite 100
Las Vegas, NV 89123
702-347-4357
Fax: 702-224-2160
Email: melg@grimes-law.com

Date:_____, 2019

*John Rogers, Esq*

John S. Rogers, Esq..
1323 Manley Road
Bozman, MT. 59715
406.600.8586

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
Dated: August 22, 2019.