MELVIN R. GRIMES, ESQ.
Nevada Bar No: 12972
Melg@grimes-law.com
THE GRIMES LAW OFFICE
8540 S. Eastern Avenue Suite 100
Las Vegas, NV 89123
p: (702) 347-4357
f: (702) 224-2160
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRIC OF NEVADA**
\*\*\*\*\*\*\*\*\*\*\*

LANDMARK REAL PROPERTY HOLDINGS TRUST, LLC., CHARLES R. BROWN as individual and in capacity as Trustee, JOHN S. ROGERS, ESQ.,

Petitioners,

v.

XOCHITL SUSANA LOZANO-DONOHUE,

Respondent

CASE NO.:
2:19-CV-00297-APG-CWH

**STIPULATION AND ORDER TO DISMISS**

COMES NOW, Petitioner, CHARLES BROWN, in proper person, and Defendant, XOCHITL SUSANA LOZANO-DONOHUE, by and through her attorney, MELVIN R. GRIMES, ESQ. of THE GRIMES LAW OFFICE and hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that:

//
//
//
//
//

Page 1 of 2

1. The above-entitled action shall be dismissed with prejudice.
2. This matter shall be returned to the Eighth Judicial District Court.

IT IS SO ORDERED THIS 15th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*

MELVIN R. GRIMES, ESQ.
Nevada Bar No: 12972
Melg@grimes-law.com
8540 S. Eastern Avenue Suite 100
Las Vegas, NV 89123
P: (702) 347-4357
*Attorney for Respondent*

*Approved as to form and content:*

CHARLES R. BROWN
ChazBrown2014@gmail.com
2201 Tosca Street #12-102
Las Vegas, NV 89128
P: (702) 449-5457
*Petitioner In Proper Person*